UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT J. NJOS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO. 3:15-CV-931 |
| | : | |
| UNITED STATES OF AMERICA, | : | (Judge Kosik) |
| | : | |
| Defendant. | : | |

## ORDER

**NOW, THIS 1st DAY OF FEBRUARY, 2017**, in accordance with the accompanying Memorandum, it is hereby **ORDERED THAT:**

1. Plaintiff's motion to take written depositions (Doc. 33) is **DENIED as moot**. Plaintiff is given thirty (30) days to demonstrate to the court how he will meet the requirements of Fed. R. Civ. P. 31 in accordance with the accompanying Memorandum. If Plaintiff is unable to do so, discovery is enlarged for a period of sixty (60) days from today's date to permit Plaintiff to serve interrogatory questions upon Defendant, and for Defendant to respond thereto.

2. Plaintiff's motion to compel discovery and enlarge the discovery deadline (Doc. 42) is **GRANTED in part and DENIED in part**. The motion is **GRANTED to the extent that** discovery is enlarged for a period of sixty (60) days to allow Plaintiff to properly serve his Request for Admissions and Request for Production of Documents upon Defendant within thirty (30) days, and receive responses thereto within the next thirty (30) days. This must be the same Requests filed with the court, and cannot be supplemented by Plaintiff. The motion is **DENIED in all other respects**.

3. Plaintiff's motion for clarification (Doc. 47) is **DENIED**.

4. Plaintiff's motion for default judgment (Doc. 57) is **DENIED**.

s/Edwin M. Kosik
EDWIN M. KOSIK
United States District Judge