IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT J. NJOS,                              : Civil No. 3:15-cv-0931
                                            :
    Plaintiff                               : (Judge Mariani)
                                            :
v.                                          :
                                            :
UNITED STATES OF AMERICA,                   :
                                            :
    Defendant                               :

FILED
SCRANTON

MAR 3 1 2017

PER_____
    DEPUTY CLERK

## ORDER

AND NOW, this 31st day of March, 2017, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion to Rescind (Doc. 81) is **DENIED**.

2. Plaintiff's Motion for Extension of Time for Discovery (Doc. 83) is **DENIED WITHOUT PREJUDICE**.

Robert D. Mariani
United States District Judge