IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCOTT NJOS,

    Plaintiff,

v.

UNITED STATES OF AMERICA

    Defendant.

3:15-CV-931
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 17th DAY OF JANUARY, 2018**, upon review of Magistrate Judge Carlson's Report & Recommendation ("R&R") (Doc. 113) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 113) is **ADOPTED** for the reasons discussed therein.

2. Defendant's motion for summary judgment (Doc. 103) is **GRANTED**. Judgment is entered **IN FAVOR OF** Defendant United States of America and **AGAINST** Plaintiff Scott Njos.

3. The Clerk of Court is directed to **CLOSE** the above-captioned action.

Robert D. Mariani
United States District Judge